IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL D. CAMBRIDGE, SR.,

    Petitioner,

v.

JULIE L. JONES, SECRETARY,
DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1328

Opinion filed March 3, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Michael D. Cambridge, Sr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeal is denied. See Powell v. Fla. Dep't of Corr.,

727 So. 2d 1103 (Fla. 1st DCA 1999).

ROBERTS, C.J., WINOKUR and M.K. THOMAS, JJ., CONCUR.